Amir M. Kahana, Esq. (SBN 218149)
Law Offices of Amir M. Kahana, P.C.
18101 Von Karman Ave., Suite 230
Irvine, California 92612
Tel  (949) 812-4781
Fax (949) 281-2105
amk@kahanalaw.com

Attorney for Plaintiff THERMARK HOLDINGS, INC. AND THERMARK, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THERMARK HOLDINGS, INC., a Delaware corporation; THERMARK, LLC, a Pennsylvania limited liability company;<br><br>  Plaintiffs,<br><br>  v.<br><br>LASERSKETCH LTD., an Illinois corporation; JDS INDUSTRIES, INC., a South Dakota corporation; PERMANENT IMPRESSIONS, INC., a Nevada corporation; PAUL W. HARRISON, an individual; AND DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. SACV13-00445 AG (ANx)<br><br>Hon. Andrew J. Guilford<br><br>STIPULATION TO DISMISS ACTION IN FAVOR OF ARBITRATION |

Plaintiffs and counterdefendants TherMark Holdings, Inc. and TherMark, LLC (collectively, "TherMark"), on the one hand, and defendants and counterclaimants Paul Harrison and Permanent Impressions, Inc. (collectively, "Harrison") on the other hand, enter into the stipulation set forth below, as follows:

WHEREAS, on or about March 31, 2011, and to resolve certain claims pending in Orange County Superior Court by TherMark against Harrison, TherMark and Harrison entered into the TherMark Stock Redemption Agreement and Settlement Agreement (the "2011 Settlement Agreement").

WHEREAS, Paragraph 34 of the 2011 Settlement Agreement includes an arbitration provision, which provides, in pertinent part, that any controversy or claim arising out of or relating to the 2011 Settlement Agreement in any way, including all torts or contract claims, or any other controversy or claim between TherMark and Harrison, shall be settled by arbitration in Orange County, California, and administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment.

WHEREAS, by signing the 2011 Settlement Agreement, TherMark and Harrison also agreed that arbitration is the exclusive and binding remedy for any dispute arising out of or relating to the 2011 Settlement Agreement and will be used instead of any court action, which was expressly waived, except for any request by TherMark or Harrison for temporary or preliminary injunctive relief pending arbitration in accordance with applicable law.

//
//
//
//
//
//

NOW THEREFORE, Plaintiff and Defendants agree and stipulate as follows:

1. The parties will submit this dispute to binding arbitration in accordance with the terms of the 2011 Settlement Agreement;
2. The entire action shall be dismissed without prejudice, pending arbitration.

SO STIPULATED.

Respectfully submitted,

DATED: July 25, 2013     LAW OFFICES OF AMIR M. KAHANA

By: *[signature]*
Attorneys for Plaintiffs and Counterdefendants TherMark Holdings, Inc. and TherMark, LLC

DATED: July 25, 2013     Paul W. Harrison, an individual

*[signature]*
Defendant *in Pro Per*

DATED: July 25, 2013     Permanent Impressions, Inc.

By: *[signature]*
CEO and President

-2-

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Law Offices of Amir M. Kahana, P.C., 18101 Von Karman Avenue, Suite 230, Irvine, CA 92612. On the date below, I served the foregoing document(s) described as:

**STIPULATION AND PROPOSED ORDER TO DISMISS LAWSUIT WITHOUT PREJUDICE IN FAVOR OF ARBITRATION**

By sending a true copy thereof to the addresses listed below:

**PLEASE SEE ATTACHED SERVICE LIST.**

☐ **By Overnight Delivery.** I deposited a sealed envelope containing a true and correct copy of the documents listed above for overnight delivery and with the postage fully prepaid.

☑ **By E-Mail or Electronic Transmission.** I caused the documents to be sent to the persons at the email address listed above in an Adobe PDF file, and the transmission appeared to be successful.

☑ **By United States Mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 29, 2013, at Irvine, California.

_____
Amir Kahana

## SERVICE LIST

**Paul W. Harrison**
5336 Vincent Ave.
Eagle Rock, CA  90041
213-819-5069
me2paul@aol.com

**Permanent Impressions, Inc.**
Christopher Gonzalez, Esq.
Perez Gonzalez, a Professional Law Corporation
111 East Broadway, Suite 210
Glendale, CA 91205
Tel: (818) 550-8300
Fax: (818) 572-0313
cg@california-lawfirm.com