JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THERMARK HOLDINGS, INC., a Delaware corporation; THERMARK, LLC, a Pennsylvania limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>LASERSKETCH LTD., an Illinois corporation; JDS INDUSTRIES, INC., a South Dakota corporation; PERMANENT IMPRESSIONS, INC., a Nevada corporation; PAUL W. HARRISON, an individual; AND DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV13-00445 AG (ANx)<br><br>Hon. Andrew J. Guilford<br><br>ORDER APPROVING STIPULATION TO DISMISS ACTION IN FAVOR OF ARBITRATION<br>. |

Having read and considered the Stipulation of the parties, and for good cause appearing therefor, the Court Orders as follows:

1. The Stipulation is approved.
2. The parties will submit this dispute to binding arbitration in accordance with the terms of the 2011 Settlement Agreement;
3. The entire action shall be dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 2, 2013 \_\_\_        _____
                                    HON. ANDREW GUILFORD
                                    UNITED STATES DISTRICT COURT